**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER** |
| Building 315, Dorm 211, Room 216 | ) | |
| Minot, North Dakota | ) | Case No.4:08-mj-031 |

_____

On the motion of the government and for reasons stated in support of its motion,

**IT IS ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Brian Novlesky, Special Agent, United States Immigration and Customs Enforcement, Search Warrant Return and Motion to Seal, as well as this Order, in the above-captioned matter are sealed until further order of this court.

Dated this 1st day of July, 2008.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court